UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KAFI, INC.** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-02759 |
| **PHH MORTGAGE CORPORATION** | § § § | |
| *Defendant.* | § | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DESIGNATION

Plaintiff Kafi, Inc. ("Plaintiff"), hereby gives notice of service of its Expert Witness Designation as required by Federal Rules of Civil Procedure 26(a)(2) to counsel for Defendant PHH Mortgage Corporation.

**DATED:** **January 28, 2021**

Respectfully submitted,

**JEFFREY JACKSON & ASSOCIATES, PLLC**

*/s/   Jeffrey C. Jackson*
**JEFFREY C. JACKSON**
Texas State Bar No. 24065485
Southern District No. 1024221
2200 North Loop West, Suite 108
Houston, Texas 77018
713-861-8833 (T)
713-682-8866 (F)
jeff@jjacksonllp.com

ATTORNEYS FOR PLAINTIFF
KAFI, INC.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system, certified mail, return receipt requested, facsimile, and/or e-mail on January 28, 2021.

**Amelia H. Marquis**
amarquis@dykema.com
**Adam R. Nunnallee**
anunnallee@dykema.com
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
214-462-6453 (T)
855-256-1482 (F)
*Attorneys for Defendant PHH Mortgage Corporation d/b/a PHH Mortgage Services*

*/s/   Jeffrey C. Jackson*
**JEFFREY C. JACKSON**