**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **KAFI, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:20-cv-02759 |
| § | |
| **PHH MORTGAGE CORPORATION,** § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Defendant PHH Mortgage Corporation and Plaintiff Kafi, Inc. hereby stipulate that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 31, 2021                                        Respectfully submitted,

By: */s/ Jeffrey C. Jackson*
  **Jeffrey C. Jackson**
  jeff@jjacksonllp.com
  State Bar No. 24065485
  Southern District No. 1024221
  JEFFREY JACKSON & ASSOCIATES, PLLC
  2200 N. Loop West, Suite 108
  Houston, Texas 77018
  713-861-8833 – telephone
  713-682-8866 – facsimile

**ATTORNEY FOR PLAINTIFF**

By: */s/ Amelia H. Marquis*
  **Adam Nunnallee**
  Texas State Bar No. 24057453
  Southern District No. 3354861
  anunnallee@dykema.com
  **Amelia H. Marquis**
  Texas State Bar No. 24097512
  Southern District No. 1287826
  1717 Main Street, Suite 4200
  Dallas, Texas 75201
  (214) 462-6453
  (855) 256-1482 (fax)

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on March 31, 2021, in compliance with the Federal Rules of Civil Procedure.

                                        */s/ Jeffrey C. Jackson*
                                        **Jeffrey C. Jackson**