United States District Court
Southern District of Texas
**ENTERED**
April 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kafi, Inc., | § | |
| Inc., et al, | § | |
| v. | § | C.A.  Action H-20-2759 |
| | § | |
| PHH Mortgage Corp., | § | |
| | § | |

## **ORDER**

Pursuant to the Stipulation of Dismissal Without  Prejudice filed on March 31, 2021, the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 31st day of March, 2021.

_David Hittner_
DAVID HITTNER
United States District Judge